**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-41426
Summary Calendar

LEOPOLDO LEAL, as executor of the estate of his
mother, the late Mrs. Mauricia B. Leal,

Plaintiff-Appellant,

VERSUS

SUN EXPLORATION AND PRODUCTION COMPANY; ORYX ENERGY COMPANY,
and Affiliates; KERR-MCGEE CORPORATION, Successor by
Merger of Oryx Energy Company formerly known as
Sun Exploration and Production Company,

Defendants-Appellees.

Appeal from the United States District Court
For the Southern District of Texas
C-01-CV-230
April 25, 2002

Before DAVIS, BENAVIDES AND CLEMENT, Circuit Judges.

PER CURIAM:[*]

We affirm the judgment of the district court essentially for

the reasons stated in its November 23, 2001 order.

AFFIRMED.

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.